

1
2
3
4
5
6
7
8
9
10
11
12                    UNITED STATES DISTRICT COURT
13                   SOUTHERN DISTRICT OF CALIFORNIA
14
15   UNITED STATES OF AMERICA,        )
                                      )
16                Plaintiff,          ) Cr. No. 05-0296GT
                                      )
17        v.                          ) **ORDER**
                                      )
18   MAZYAR MERSAAD ABDULLAH,         )
                                      )
19                Defendant.          )
                                      )
20

21   On July 27, 2009, Defendant, Mazyar Mersaad Abdullah, filed an Unopposed Motion to
22   Terminate Supervise Release. The Court has fully considered this matter, including a review of
23   the brief filed, the case file, and the recommendation of his Probation Officer. Accordingly,
24   **IT IS ORDERED** that Defendant's Supervised Release is **TERMINATED**.
25
26   _August 7, 2009_         _Gordon Thompson Jr._
     date                     GORDON THOMPSON, JR.
27                            United States District Judge
28   cc: All counsel and parties without counsel